AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) **AMENED JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) |
| Donnie Bell | ) USDC Case Number:  CR-15-00258-001 WHO |
| | ) BOP Case Number:  DCAN315CR00258-001 |
| | ) USM Number:  12867-111 |
| | ) Defendant's Attorney:  August Gugelmann (Appointed) |

**THE DEFENDANT:**

☑ admitted guilt to violating the conditions of the term of supervised release as set forth in: Charges One through Six of the Amended Petition for Warrant filed on December 4, 2024.

☐ was found in violation of Charge(s):  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to Reside at the Residential Reentry Center for up to 180 Days | October 21, 2024 |
| Two | Failure to Refrain from Unlawful Use of a Controlled Substance | October 10, 2024 |
| Three | Failure to Participate in the Location Monitoring Program as Directed | October 19, 2024 |
| Four | Committed Another Federal, State or Local Crime | December 1, 2024 |
| Five | Association with Convicted Felons | December 1, 2024 |
| Six | Failure to Follow the Instructions of the Probation Officer | October 24, 2024 |

The defendant is sentenced as provided in pages 2 through _5_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Charge  is dismissed on motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  9412

Defendant's Year of Birth:  1982

City and State of Defendant's Residence:
San Francisco, California

4/17/2025
Date of Imposition of Judgment

Signature of Judge

The Honorable William H. Orrick III
Senior United States District Judge
Name & Title of Judge

April 21, 2025
Date Signed

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT:  Donnie Bell                                                                              Judgment - Page 2 of 5
CASE NUMBER:  CR-15-00258-001 WHO

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

12 months and one day.

☐    The Court makes the following recommendations to the Bureau of Prisons:

☑    The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.
      Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in
      the Clerk's Office.

☐    The defendant shall surrender to the United States Marshal for this district:

      ☐    at              ☐ am    ☐ pm    on  (no later than 2:00 pm).

      ☐    as notified by the United States Marshal.

      The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be
      returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐    at              ☐ am    ☐ pm    on  (no later than 2:00 pm).

      ☐    as notified by the United States Marshal.

      ☐    as notified by the Probation or Pretrial Services Office.

      The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be
      returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.

_____
                                                    UNITED STATES MARSHAL

                          By   _____
                                              DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT:  Donnie Bell                                                     Judgment - Page 3 of 5
CASE NUMBER:  CR-15-00258-001 WHO

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:   **33 months**.

## MANDATORY CONDITIONS OF SUPERVISION

1)      You must not commit another federal, state or local crime.

2)      You must not unlawfully possess a controlled substance.

3)      You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release
        from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
        ☐   The above drug testing condition is suspended, based on the court's determination that you pose a low risk of
            future substance abuse. *(check if applicable)*

4)   ☐   You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence
        of restitution. *(check if applicable)*

5)   ☐   You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6)   ☐   You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et
        seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which
        you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

7)   ☐   You must participate in an approved program for domestic violence. *(check if applicable)*


    You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the
    attached page.

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT:  Donnie Bell                                                                                    Judgment - Page 4 of 5
CASE NUMBER:  CR-15-00258-001 WHO

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court, and bring about improvements in your conduct and condition.

1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of RELEASE, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3) You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4) You must follow the instructions of the probation officer related to the conditions of supervision.
5) You must answer truthfully the questions asked by your probation officer.
6) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with, for example), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
7) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by these and the special conditions of your supervision that he or she observes in plain view.
8) You must work at least part-time (defined as 20 hours per week) at a lawful type of employment unless excused from doing so by the probation officer for schooling, training, community service or other acceptable activities. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
9)
10) If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
11)
12) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

☐ If the probation officer determines that you pose a risk to a third party, the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk. *(check if applicable)*

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions.  I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision upon a finding of a violation of probation or supervised release.

(Signed) _____          _____
                  Defendant                                                      Date

              _____          _____
              U.S. Probation Officer/Designated Witness          Date

## SPECIAL CONDITIONS OF SUPERVISION

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT:  Donnie Bell                                                                                          Judgment - Page 5 of 5
CASE NUMBER:  CR-15-00258-001 WHO

Prior Conditions

1)    You must participate in an outpatient program of testing and treatment for drug abuse, as directed by the probation officer, until such time as you are released from treatment by the probation officer. You must pay part or all of the cost of treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of urinalysis and counseling. The actual co-payment schedule shall be determined by the probation officer.

2)    You must participate in an outpatient mental health treatment program, as directed by the probation officer. You must pay part or all cost of this treatment, at an amount not to exceed the cost of this treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of mental health counseling. The actual co-payment schedule shall be determined by the probation officer.

3)    You must abstain from the use of alcoholic beverages.

4)    You must pay any special assessment that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release.

5)    You must not open any new lines of credit and/or incur new debt without prior permission of the probation officer.

6)    You must provide the probation officer with access to any financial information, including tax returns, and shall authorize the probation officer to conduct credit checks and obtain copies of income tax returns.

7)    You must submit your person, residence, office, vehicle, or any property under your control, including any computers, cell phones, and other electronic devices, to a search. Such a search shall be conducted by a United States Probation Officer or any federal, state, or local law enforcement officer at any time, with or without suspicion. Failure to submit to a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.

8)    You must not associate with any member of the Chopper City gang. You must have no connection whatsoever with the Chopper City or any other gang. If you are found to be in the company of such individuals or wearing the clothing, colors, or insignia of the Chopper City gang, or any other gang, the court will presume that the association was for the purpose of participating in gang activities.

9)    You must not have contact with any codefendant in this case, namely Dwight Hart and Antonio Johnson.

10)   You must cooperate in the collection of DNA as directed by the probation officer.

11)   You must not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons

12)   Upon release from custody, you must participate in the Location Monitoring Program as directed by the probation officer for a period of 90 days and be monitored by Location Monitoring Technology at the discretion of the probation officer. Location Monitoring will be used to verify your compliance with a curfew while on the program, at the discretion of the probation officer.

Additional Conditions

13)   You must appear before Senior United States District Judge William H. Orrick for a status conference on January 8, 2026, at 1:30 p.m.

You must pay the total criminal monetary penalties as originally imposed, less any payments already received:

Special Assessment: $       Fine: $       Restitution:  $