# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

---

**Request for Modifying the Conditions or Term of Supervision
from the Person Under Supervision**

---

**Person Under Supervision**
Donnie Bell

**Docket Number**
0971 3:15CR00258-001 WHO

**Name of Sentencing Judge:** The Honorable William H. Orrick III
Senior United States District Judge

**Date of Original Sentence:** August 18, 2016
**Date of Violation Sentence:** April 6, 2023
**Date of Violation Sentence:** April 17, 2025

**Original Offense:** Count One: Assault on Person Assisting a Federal Officer or Employee in the Performance of Official Duties, 18 U.S.C. § 111(b), a Class C felony
Count Three: Brandishing Firearm During and in Furtherance of a Crime of Violence, 18 U.S.C. § 924(c)(1), a Class A felony

**Original Sentence:** 97 months and one day custody; three years supervised release
**Violation Sentence:** 15 months custody; 45 months supervised release
**Second Violation Sentence:** 12 months and one day custody; 33 months of supervised release

**Special Conditions:**  $200 special assessment; drug testing and treatment; mental health treatment; no alcohol; no new credit or debt; access to financial information; search by any law enforcement officer with or without suspicion; no association with Chopper City gang or any other gang; no contact with co-defendants; DNA collection; not own or have access to any firearms, ammunition, destructive devices or other dangerous weapons

**Prior Form(s) 12:** On February 13, 2023, a Petition for Warrant for Person Under Supervision was filed alleging Mr. Bell committed a new crime, possessed a firearm and associated with a convicted felon. On April 6, 2023, Mr. Bell was found in violation of all three charges and his term of supervised release was revoked. He was sentenced to 15 months in custody, 45 months of supervised release and ordered to complete six months of location monitoring.

On October 9, 2024, a Request for Modifying Conditions of Supervised Release was filed alleging four positive urinalysis for cocaine and ordering placement at the Residential Reentry Center for up to 180 days.

On October 22, 2024, a Petition for Warrant for Person Under Supervision was filed alleging three charges. On October 24, 2024, Mr. Bell made his initial appearance before Magistrate

**RE:**  Bell, Donnie                                                2
        0971 3:15CR00258-001 WHO

Judge Kang. Mr. Bell was ordered released to participate in a residential drug treatment program. On November 7, 2024, Mr. Bell appeared before Your Honor for a status hearing. Mr. Bell represented he was in the process of entering a residential drug treatment program. A further status hearing was set for January 9, 2025, at 1:30 p.m.

On December 4, 2024, an Amended Petition for Warrant for Person Under Supervision was filed alleging three additional charges. On December 23, 2024, Mr. Bell mad his initial appearance before Magistrate Judge Cisneros. On December 26, 2024, a detention hearing was held before Magistrate Judge Cisneros and he was remanded to custody. On January 9, 2025, and January 30, 2025, Mr. Bell appeared before Your Honor for a status hearing. On April 17, 2025, Mr. Bell admitted to all six charges in the petition and was sentenced to 12 months and one day custody and 33 months of supervised release.

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | October 9, 2025 |
| **Assistant U.S. Attorney** | **Date Supervision Expires** |
| Galen Phillips | July 8, 2028 |
| **Defense Counsel** | |
| August Gugelmann (Appointed) | |

---

### Petitioning the Court

To modify the conditions of Supervised Release as follows:

You must reside in the Residential Reentry Center (RRC) for a period of up to 90 days at the discretion of the probation officer. You must observe the rules of the facility.

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe the person under supervision violated mandatory condition number three that states you must refrain from any unlawful use of a controlled substance. |

        On October 14, 2025, December 19, 2025, December 30, 2025, January 8, 2026, January 29, 2026, March 5, 2026, April 7, 2026, and May 8, 2026, Mr. Bell tested positive for cannabinoids.

        On April 7, 2026, Mr. Bell tested positive for cocaine.

        On May 27, 2026, Mr. Bell tested positive for methamphetamine and fentanyl.

        Evidence in support of this charge includes the Alere Toxicology Drug Test Reports.

**RE:**   Bell, Donnie                                                                                   3
        0971 3:15CR00258-001 WHO

| Charge Number | Violation |
| --- | --- |

Two

There is probable cause to believe the person under supervision violated standard condition number one that states you must participate in an outpatient program of testing and treatment for drug abuse.

On March 31, 2026, April 1, 2026, April 27, 2026, and June 4, 2026, Mr. Bell failed to report for random drug testing.

Evidence in support of this charge includes the No-Show Reports from Crescita.

Respectfully submitted,                               Reviewed by:

_Alex Gerstel_                                         _Jennifer Hutchings_
Alex Gerstel                                           Jennifer Hutchings
U.S. Probation Officer Specialist                      Supervisory U.S. Probation Officer
Date Signed: June 11, 2026

---

THE COURT ORDERS:

☒   To modify the conditions of supervision as follows:

You must reside in the Residential Reentry Center (RRC) for a period of up to 90 days at the discretion of the probation officer. You must observe the rules of the facility.

☐   Other:


June 12, 2026                                          _William H. Orrick III_

Date                                                   William H. Orrick III
                                                       Senior United States District Judge