UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 16, 2026          **Time:** 7 minutes          **Judge:** WILLIAM H. ORRICK
                                 1:33 p.m. to 1:40 p.m.

**Case No.:** 15-cr-00258-WHO-1     **Case Name:** UNITED STATES v. Donnie Bell

**Attorney for Plaintiff:** Galen Phillips
**Attorney for Defendant:** August Gugelmann
**Defendant:** [ X ] Present   [  ] Not Present
**Defendant's Custodial Status:** [ X ] In Custody  [  ] Not in Custody

**Deputy Clerk:** Jean Davis                **Reported by:** Layli Phillips
**Interpreter:** n/a                        **Probation Officer:** Alex Gerstel

**PROCEEDINGS**

Parties appear for Status Conference regarding Supervised Release Violation. Mr. Bell was ordered to report to the RRC at the last conference. Mr. Bell had difficulty with his admission to the RRC (arriving intoxicated, leaving without formal permission). Shortly after being denied entry to the RRC he was involved in a number of vehicle break-ins which led to a state court charge. Defense counsel requests that Mr. Bell be released to a drug treatment program. The government opposes that request.

The Court does believe that Mr. Bell would benefit from residential drug treatment but does not believe that the timing is ripe for that given the new and very recent criminal activity. Defendant's request is denied.

**CASE CONTINUED TO:  August 20, 2026 at 1:30 p.m. for further Status Conference**.